

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00436-CV

Judith **ZAFFIRINI**, David H. Arredondo and Clarissa N. Chapa,
as Co-Trustees of the Exempt Trust of Rocio Gonzalez Guerra,
Appellants

v.

Rocio G. **GUERRA**,
Appellee

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2008-PB7-000016-L2
Honorable Jesus Garza, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and judgment is RENDERED dissolving the temporary injunction granted by the trial court. It is ORDERED that appellants, Judith Zaffirini, David H. Arredondo, and Clarissa N. Chapa, as Co-Trustees of the Exempt Trust of Rocio Gonzalez Guerra, recover their costs of this appeal from appellee, Rocio G. Guerra.

SIGNED November 26, 2014.

_____
Catherine Stone, Chief Justice